IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REX MEDICAL, L.P.,<br>a Pennsylvania limited partnership,<br><br>　　Plaintiff Below,<br>　　Appellant,<br><br>v.<br><br>ARGON MEDICAL DEVICES, INC.,<br>a Delaware Corporation,<br><br>　　Defendant Below,<br>　　Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 366, 2021<br><br>Court Below:  Court of Chancery<br>of the State of Delaware<br><br>C.A. No. 2020-1080 |

Submitted:　September 14, 2022
Decided:　　October 3, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

Now this 3rd day of October 2022, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Order dated September 20, 2021, and its Final Order dated October 19, 2021;

NOW THEREFORE IT IS ORDERED that the decisions and judgments of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice